# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 1:22-cr-107 |
| **Plaintiff,** | JUDGE Barrett |
| v. | **INDICTMENT** |
| **ANDREW GOLOBIC,** | 18 U. S. C. § 2 |
| **Defendant.** | 18 U. S. C. § 242 |
| | 18 U. S. C. § 1512(b)(1) |
| | 18 U. S. C. § 1512(b)(3) |
| | 18 U. S. C. § 1519 |
| | 18 U. S. C. § 1591(a)(1) |
| | 18 U. S. C. § 1591(d) |

**THE GRAND JURY CHARGES:**

At times material to the Indictment:

### GENERAL ALLEGATIONS

1.     The defendant, **ANDREW GOLOBIC**, was a resident of the Southern District of Ohio. From approximately 2006 through 2020, **GOLOBIC** served as a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE) assigned to the ICE office in Blue Ash, Ohio.  At the time of his designation, the defendant, **ANDREW GOLOBIC**, took an oath to support and defend the Constitution of the United States as well as to faithfully discharge the duties of his office.

2.     ICE was a federal law enforcement agency under the U.S. Department of Homeland Security whose stated mission was to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety.

3.     From approximately 2015 through 2020, the defendant, **ANDREW GOLOBIC**, was assigned to the Alternative to Detention (ATD) Program, which allowed certain asylum seekers

and other immigrants who ICE had determined posed a low risk to public safety to remain in their communities pending the adjudication of their immigration cases.

4.     As a Deportation Officer assigned to the ATD Program, the defendant, **ANDREW GOLOBIC**, supervised asylum seekers and other immigrants with vulnerable backgrounds including those fleeing violence, exploitation, and sexual assault.  In this role, **GOLOBIC** was entrusted with discretion over the degree of movement and freedom afforded to participants under his supervision.  Among other things, **GOLOBIC** had the authority to determine the type and manner of monitoring appropriate for each participant; escalate or deescalate the frequency of reporting, or otherwise adjust the level of supervision.  Notably, **GOLOBIC** also had the authority to recommend that ATD participants who violated conditions of the program be detained, deported, or otherwise sanctioned.

5.     As a sworn law enforcement officer, the defendant, **ANDREW GOLOBIC**, occupied a position of trust within the community.  As such, **GOLOBIC** had a duty not to abuse his power under the law for his own prurient interests or obstruct the investigation into his misdeeds.

## COUNT 1
### (Sex Trafficking by Means of Force, Fraud, or Coercion)

6.     Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

7.     From in or about May 2018 through June 2020 with the exact dates being unknown, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, knowingly, in and affecting interstate and foreign commerce, recruited and enticed Victim A, knowing and in reckless disregard of the fact that means of force, fraud, and coercion would be used to cause Victim A to engage in a commercial sex act.

**In violation of 18 U.S.C. § 1591(a)(1).**

## COUNT 2
### (Sex Trafficking - Obstruction)

8.      Paragraphs 1 through 7 of the Indictment are realleged as if fully stated herein.

9.      From in or about June 24, 2020 through at least July 27, 2022, in the Southern District of Ohio and elsewhere, the defendant, **ANDREW GOLOBIC**, obstructed, attempted to obstruct, and interfered with the enforcement of Title 18, United States Code, Section 1591.

**In violation of 18 U.S.C. § 1591(d).**

## COUNT 3
### (Deprivation Under Color of Law)

10.     Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

11.     From in or about May 2018 through June 2020 with the exact dates being unknown, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, then an ICE Deportation Officer, while acting under color of law, willfully deprived Victim A, a participant in the ATD Program, of a right secured and protected by the Constitution and the laws of the United States; that is, the fundamental right to bodily integrity.  Specifically, the defendant, **ANDREW GOLOBIC**, penetrated Victim A's vulva with his penis without Victim A's consent and without a legitimate law enforcement purpose.  This act included aggravated sexual abuse and kidnapping.

**All in violation of 18 U.S.C. § 242.**

## COUNT 4
### (Deprivation Under Color of Law)

12.     Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

13.     In or about March 2017 through June 2020 with the exact dates being unknown, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, then an ICE Deportation Officer, while acting under color of law, did willfully deprive Victim B, a participant in the ATD Program, of a right secured and protected by the Constitution and the laws of the United States;

that is, the fundamental right to bodily integrity. Specifically, the defendant, **ANDREW GOLOBIC**, penetrated Victim B's vulva with his penis without Victim B's consent and without a legitimate law enforcement purpose. This act resulted in bodily injury and included aggravated sexual abuse and kidnapping.

**All in violation of 18 U.S.C. § 242.**

## COUNT 5
### (Tampering with a Witness by Corrupt Persuasion and Misleading Conduct)

14.     Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

15.     On or about February 5, 2020, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, did knowingly attempt to corruptly persuade and engage in misleading conduct toward E.X. with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the possible commission of a federal offense, that is, **GOLOBIC's** use of his position as a Deportation Officer to solicit and receive sexual favors from ATD participants under his supervision, in violation of 18 U.S.C. § 201(b)(2). Specifically, the defendant, **ANDREW GOLOBIC**, sent M.M. an ATD Participant Change in Status Form reducing E.X.'s reporting status after E.X. alerted ICE contractors that **GOLOBIC** had been engaged in a sexual relationship with another ATD participant. **GOLOBIC** further directed M.M. to make misleading statements to E.X. to prevent E.X. from reporting his actions to ICE.

**All in violation of 18 U.S.C. §§ 1512(b)(3), 2.**

## COUNT 6
### (Destruction, Alteration, or Falsification of Records in Federal Investigations)

16.     Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

17.     On or about June 24, 2020, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, did knowingly in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, destroy, alter, and conceal

records, with the intent to impede, obstruct, and influence the investigation and proper administration of such matter. Specifically, following his interview with federal agents, the defendant, **ANDREW GOLOBIC**, deleted certain applications, image files, and messages on his phone with the intent to impede, obstruct, and influence a matter within the FBI's jurisdiction.

**In violation of 18 U.S.C. § 1519.**

### COUNT 7
**(Tampering with a Witness by Corrupt Persuasion and Misleading Conduct)**

18.     Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

19.     On or about April 29, 2021, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, did knowingly attempt to corruptly persuade and engage in misleading conduct toward W.B., a fellow ICE Deportation Officer, by trying to corruptly persuade W.B. that W.B. had removed Victim A's passport out of ICE custody and given it to Victim A all while the defendant, **ANDREW GOLOBIC**, then and there knew that **GOLOBIC** had himself had removed Victim A's passport from ICE custody and had given it to Victim A following his sexual assault of her, with the intent of influencing the testimony of W.B., in an official proceeding, namely, the grand jury investigation of **GOLOBIC.**

**In violation of 18 U.S.C. §§ 1512(b)(1), 2.**

_____ /s/ _____
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**EBUNOLUWA A. TAIWO**
**ASHLEY BRUCATO**
Assistant United States Attorneys