## Fwd: Andy Golobic Character Letter

From: Elle Kerr (ellekerr1@att.net)
To: sarubenstein@yahoo.com
Date: Thursday, March 6, 2025 at 08:19 AM EST

Sent from my iPhone

Begin forwarded message:

**From:** Elle Kerr <ellekerr1@att.net>
**Date:** March 5, 2025 at 10:27:05 PM EST
**To:** Elle Kerr <ellekerr1@att.net>
**Subject: Fwd: Andy Golobic Character Letter**

Sent from my iPhone

Begin forwarded message:

**From:** Carson Pay <carson@maventeam.org>
**Date:** September 11, 2024 at 10:32:20 PM EDT
**To:** ellekerr1@att.net, sarubenstein@yahoo.com
**Subject: Andy Golobic Character Letter**

Judge Barrett

I am writing on behalf of Andy Golobic. I know the entire family and when Andy was living in California, he was both a friend and a client. As a mortgage lender, I got to know Andy on a different level than most. From a professional standpoint, he maintained good character and financial responsibility. I know this because I helped him with multiple transactions and I personally reviewed the financial elements of his life such as his credit, bank statements and income.

As his friend, he was there for me. On one occasion, I remember that he let me crash at his house after I purchased my house and spent the first week removing popcorn ceilings and repainting. I have fond memories and I know Andy to have always been responsible.

Carson Pay

## Fwd: Andy Golobic

From: Elle Kerr (ellekerr1@att.net)
To: sarubenstein@yahoo.com
Date: Thursday, March 6, 2025 at 08:18 AM EST

Begin forwarded message:

> **From:** Elle Kerr <ellekerr1@att.net>
> **Date:** March 5, 2025 at 10:28:20 PM EST
> **To:** Elle Kerr <ellekerr1@att.net>
> **Subject: Fwd: Andy Golobic**

Sent from my iPhone

Begin forwarded message:

> **From:** Brett Phelps <chromeneckbone4@yahoo.com>
> **Date:** September 25, 2024 at 7:02:50 PM EDT
> **To:** sarubenstein@yahoo.com
> **Cc:** ellekerr1@att.net
> **Subject: Andy Golobic**
>
> Hello,
> I'm writing today to speak on Andy's character.
> We were in the Navy together from 1991-1995.
> We worked together on the Constellation an Air craft carrier.
>
> Andy was a model sailor and received many awards while in the military. He was someone that was always regarded as a solid and trustworthy individual. His family was a big part of his life as well. Andy was a man of his word. If he said he would do something a person could count on it.
>
> I hope moving forward he receives a chance to display these qualities again.
>
> Sincerely,
> Brett
>
> Sent from my iPhone

Sent from my iPhone